**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | Case No.: 1:10-cv-02388 LJO JLT |
| Plaintiff, | ORDER SETTING SCHEDULING CONFERENCE |
| v. | |
| ANN MARIE CLIFTON and SERGIO ANDRADE, individually and doing business as PLAYHOUSE LOUNGE, | |
| Defendants. | |

On September 27, 2011, the Court set aside the default judgment that had been entered against Defendant Ann Marie Clifton and ordered Clifton to file her responsive pleading within seven days. (Doc. 26)

Therefore, the Court **ORDERS,**

    1.    The mandatory scheduling conference SHALL be heard on **October 27, 2011 at 9:30 a.m.** at 1200 Truxtun Avenue, Suite 120, Bakersfield, CA 93301;

    2.    The parties SHALL comply with the "Order Setting Mandatory Scheduling Conference" issued on December 27, 2010. (Doc. 5)

IT IS SO ORDERED.

Dated:   **September 27, 2011**                           **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE