Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**Joe Hand Promotions, Inc.**

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
### BAKERSFIELD DIVISION

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,** | **Case No. 1:10-cv-02388-LJO-JLT** |
| **Plaintiff,** | **PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE FOR SCHEDULING CONFERENCE; and ORDER (Proposed)** |
| **vs.** | |
| **ANN MARIE CLIFTON,  et al.,** | **DATE:  Thursday, October 27, 2011** |
| **Defendants.** | **TIME:   9:30 A.M.** |

**TO THE HONORABLE JENNIFER L. THURSTON, THE DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:**

The undersigned counsel for Plaintiff Joe Hand Promotions, Inc., respectfully requests the opportunity to appear telephonically for the upcoming Scheduling Conference presently scheduled for Thursday, October 27, 2011 at 9:30 A.M.

This request is necessitated by the fact that Plaintiff's counsel's law firm is located in South Pasadena, Los Angeles County, outside the Bakersfield Division of this Honorable Court.

///

///

///

**WHEREFORE,** Plaintiff respectfully requests that Plaintiff's counsel be permitted to appear by telephone for the Scheduling Conference scheduled for Thursday, October 27, 2011 at 9:30 A.M.

Respectfully submitted,

Date:   October 12, 2011                    _/s/ Thomas P. Riley_
                                            **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                            By: Thomas P. Riley
                                            Attorneys for Plaintiff
                                            Joe Hand Promotions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

## **ORDER**

It is hereby ordered that Thomas P. Riley, Plaintiff's lead trial counsel in civil action number 2:10-cv-02388-LJO-JLT styled *Joe Hand Promotions, Inc. v. Clifton*, *et al.,* is hereby granted permission to appear telephonically at the Scheduling Conference scheduled for Thursday, October 27, 2011 at 9:30 A.M.


IT IS SO ORDERED.

Dated:   **October 12, 2011**                    **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE