Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**Joe Hand Promotions, Inc.**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## BAKERSFIELD DIVISION

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,** | **Case No. 1:10-cv-02388-LJO-JLT** |
| **Plaintiff,** | **PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE FOR SCHEDULING CONFERENCE; and ORDER (Proposed)** |
| **vs.** | |
| **ANN MARIE CLIFTON, et al.,** | **DATE: Thursday, October 27, 2011** |
| **Defendants.** | **TIME: 9:30 A.M.** |

TO THE HONORABLE JENNIFER L. THURSTON, THE DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:

The undersigned counsel for Plaintiff Joe Hand Promotions, Inc., respectfully requests the opportunity to appear telephonically for the upcoming Scheduling Conference presently scheduled for Thursday, October 27, 2011 at 9:30 A.M.

This request is necessitated by the fact that Plaintiff's counsel's law firm is located in South Pasadena, Los Angeles County, outside the Bakersfield Division of this Honorable Court.

///

///

///

**WHEREFORE,** Plaintiff respectfully requests that Plaintiff's counsel be permitted to appear by telephone for the Scheduling Conference scheduled for Thursday, October 27, 2011 at 9:30 A.M.

Respectfully submitted,

Date:    October 12, 2011

*/s/ Thomas P. Riley*

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
Joe Hand Promotions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

# <u>ORDER</u>

It is hereby ordered that Thomas P. Riley, Plaintiff's lead trial counsel in civil action number 2:10-cv-02388-LJO-JLT styled *Joe Hand Promotions, Inc. v. Clifton, et al.,* is hereby granted permission to appear telephonically at the Scheduling Conference scheduled for Thursday, October 27, 2011 at 9:30 A.M.

IT IS SO ORDERED.

Dated: __**October 12, 2011**__ _____**/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE