IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No.: 1:10-cv-02388 LJO JLT |
| Plaintiff, | ORDER GRANTING IN PART STIPULATION TO CONTINUE SCHEDULING CONFERENCE |
| v. | |
| ANN MARIE CLIFTON et al., | (Doc. 34) |
| Defendants. | |

On October 25, 2011, counsel submitted a stipulation to continue the scheduling conference to November 23, 2011. (Doc. 34) Counsel report that the continuance is necessary because Plaintiff's attorney is due to appear at a settlement conference on the same day and time as the currently set scheduling conference. Id. at 1-2. However, there is no information provided explaining why this would necessitate continuing the scheduling conference for a month.

Therefore, the Court **ORDERS**:

1. The scheduling conference currently set on October 27, 2011 SHALL be continued to November 9, 2011 at 9:30 a.m.
2. Counsel are authorized to appear by telephone as long as they provide notification of their intent to do so via an e-mail to JLTOrders@caed.uscourts.gov, no later than

1

1  November 4, 2011.  If more than one attorney chooses to appear by telephone, a
2  conference call SHALL be placed to 661-326-6624 after all attorneys are on the line.
3  IT IS SO ORDERED.
4  Dated:   **October 26, 2011**                              /s/ Jennifer L. Thurston
                                                         UNITED STATES MAGISTRATE JUDGE

2