IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANN MARIE CLIFTON et al., <br><br> Defendants. | Case No.: 1:10-cv-02388 LJO JLT <br><br> ORDER TO SHOW CAUSE WHY THE MATTER SHOULD NOT BE CONSOLIDATED OR RELATED |

Counsel and Defendants are involved in another dispute in J&J Sports Productions, Inc. v. Clifton et al, case number 1:11-cv-00413 LJO JLT. At this time, it is unclear whether the Plaintiffs have different principals in their corporate structure or there are other reasons that preclude consolidation or relation.

Therefore, the Court **ORDERS** the parties to show cause, no later than December 9, 2011, why the matters should not be consolidated or related.

IT IS SO ORDERED.

Dated: __November 9, 2011__                                  /s/ Jennifer L. Thurston
                                                          UNITED STATES MAGISTRATE JUDGE