# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | ) Case No.: 1:10-cv-02388 LJO JLT |
| Plaintiff, | ) ORDER TO SHOW CAUSE WHY THE MATTER SHOULD NOT BE CONSOLIDATED OR RELATED |
| v. | ) |
| ANN MARIE CLIFTON et al., | ) |
| Defendants. | ) |

Counsel and Defendants are involved in another dispute in J&J Sports Productions, Inc. v. Clifton et al, case number 1:11-cv-00413 LJO JLT. At this time, it is unclear whether the Plaintiffs have different principals in their corporate structure or there are other reasons that preclude consolidation or relation.

Therefore, the Court **ORDERS** the parties to show cause, no later than December 9, 2011, why the matters should not be consolidated or related.

IT IS SO ORDERED.

Dated: **November 9, 2011**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE