# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | Case No.: 1:10-cv-02388-LJO-JLT |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | |
| ANN MARIE CLIFTON, et al., | (Doc. 39) |
| Defendants. | |

Counsel and Defendants are involved in another dispute in *J&J Sports Productions, Inc. v. Clifton et al*, case number 1:11-cv-00413-LJO-JLT. Although the Court ordered the parties to show cause why the actions should not be consolidated or related (Doc. 39), neither party responded to the Court's order. Nevertheless, because the same District Judge and Magistrate Judge are assigned to both actions, it appears the actions need not be related for the purpose of reassignment. *See* Local Rule 123(c). Further, the Court declines to consolidate the actions at this time.

Accordingly, **IT IS HEREBY ORDERED** that the order to show cause is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **November 27, 2012**            **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE