**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

**Attorneys for Plaintiff**
**Joe Hand Promotions, Inc.**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe Hand Promotions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Ann Marie Clifton, et al., <br><br> Defendant. | CASE NO. 1:10-cv-02388-LJO-JLT <br><br> **STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ANN MARIE CLIFTON, individually and d/b/a PLAYHOUSE LOUNGE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendant ANN MARIE CLIFTON, individually and d/b/a PLAYHOUSE LOUNGE, that the above-entitled defendant is hereby dismissed **with prejudice** against ANN MARIE CLIFTON, individually and d/b/a PLAYHOUSE LOUNGE, *only*.

///
///
///
///
///
///
///
///

**STIPULATION OF DISMISSAL**
**PAGE 1**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: December 7, 2012  *s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
JOE HAND PROMOTIONS, INC.

Dated: December 10, 2012  *s/ James E. Noriega*
**LAW OFFICES OF JAMES E. NORIEGA**
By: James E. Noriega
Attorneys for Defendant
ANN MARIE CLIFTON, individually and d/b/a
PLAYHOUSE LOUNGE

### ORDER

Based on the parties' stipulation, this Court DISMISSES with prejudice this action against defendant Ann Marie Clifton, individual and dba Playhouse Lounge. Given the absence of pending matters as to defendant Sergio Andrade, this Court intends to close this action, unless no later than December 18, 2013, plaintiff files papers to show good cause to keep this action open.

IT IS SO ORDERED.

Dated: **December 11, 2012**  **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

**STIPULATION OF DISMISSAL**
**PAGE 2**