IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO. CV F 10-2388 LJO JLT |
| Plaintiff, | **ORDER TO CLOSE ACTION** |
| vs. | |
| ANN MARIE CLIFTON, et al. | |
| Defendants. | |

Given the absence of further matters before this Court and failure to respond to this Court's notice of intent to close action, this Court DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated: December 19, 2012**         /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE